UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Applicant,<br><br>v.<br><br>GP CAPITAL GROUP, INC. and SHANNON W. ILLINGWORTH,<br><br>    Respondents. | 22-MC-0202 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On August 12, 2022, the Court granted the SEC's motion to compel Respondents to comply with its subpoena. The Court has not heard from the parties since then. The SEC is directed to file a status letter no later than October 15, 2022, advising the Court whether Respondents have complied with its subpoena and whether the case can thus be closed.

SO ORDERED.

Dated:   October 7, 2022
         New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge